## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| JEFFREY S. KLECAN and<br>KAREN D. KLECAN,<br><br>          Plaintiffs,<br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.<br>and LANDSAFE FLOOD<br>DETERMINATION, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   Case No. 08-CV-2256<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

A Report and Recommendation (#8) was filed by the Magistrate Judge in the above cause on January 9, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#8) is accepted by this court.

(2) The Motion to Remand Cause to Iroquois County, Illinois (#7) filed by Plaintiffs is GRANTED and the case is remanded to the Circuit Court for the Twenty-First Judicial Circuit, Iroquois County, Illinois, pursuant to 28 U.S.C. § 1447(c).

(3) This case is terminated.

ENTERED this 13th day of February, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE